IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| COMMONWEALTH OF PUERTO RICO,<br><br>    Plaintiff,<br><br>    v.<br><br>JARED HEWITT,<br><br>    Defendant. | CRIMINAL NO 09-271(PG) |

### ORDER

Upon careful review of the Magistrate Judge's Report and Recommendation ("R & R") (Docket No. 41), to which no objections were filed, the Court hereby **APPROVES AND ADOPTS** the Magistrate Judge's Report and Recommendation and **GRANTS** defendant's *Motion to Dismiss on Grounds of Immunity Under the Supremacy Clause of the United States Constitution* (Docket No. 28). Judgment shall be entered dismissing the charges against Jared Hewitt.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, October 19, 2010.

/s/ Juan M. Pérez-Giménez
JUAN M. PÉREZ-GIMÉNEZ
United States District Judge